No. 928, Misc. LOPER *v.* ELLIS, GENERAL MANAGER, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 937, Misc. BANKS *v.* JOHNSTON, WARDEN, ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 825, Misc. GRACE ET AL. *v.* CALIFORNIA. Petition for writ of certiorari to the Supreme Court of California denied without prejudice to an application for writ of habeas corpus in an appropriate United States District Court. Petitioners *pro se.*

No. 893, Misc. HICKS *v.* FAY, WARDEN, ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit and for other relief denied.

No. 398. LOUISIANA POWER & LIGHT Co. *v.* CITY OF THIBODAUX, *ante,* p. 25;

No. 787. STATE ATHLETIC COMMISSION *v.* DORSEY, 359 U. S. 533;

No. 800. BURGER *v.* UNITED STATES, 359 U. S. 990;

No. 803. IN RE SARNER, 359 U. S. 533;

No. 861. DAVIDITIS ET AL. *v.* NATIONAL BANK OF MATTOON ET AL., 359 U. S. 1012;

No. 537, Misc. CLARK *v.* ILLINOIS, 359 U. S. 992;

No. 613, Misc. MULLEN ET AL. *v.* DISTRICT OF COLUMBIA, 359 U. S. 971;

No. 711, Misc. JONES *v.* COMMISSIONERS OF THE DISTRICT OF COLUMBIA, 359 U. S. 995; and

No. 740, Misc. WILKINS *v.* UNITED STATES, 359 U. S. 1002. Petitions for rehearing denied.